# UNITED STATES DISTRICT COURT
для
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Ranes, Mitchell James | Docket No. | 0980 1:22CR02100-SAB-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Mitchell James Ranes, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Stanley A. Bastian, sitting in the court at Yakima, Washington, on the 5th day of September 2023, under the following conditions:

**Furlough Condition No. 3:** Upon successful or unsuccessful completion of treatment at American Behavioral Health Services (ABHS), Defendant shall return to the custody of the U.S. Marshals Service.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed by Mr. Ranes on September 5, 2023, while in Court, and again on October 23, 2023, while at ABHS. Both times Mr. Ranes acknowledged an understanding of his pretrial release conditions.

**Violation No. 1:** Mr. Ranes is alleged to be in violation of his pretrial release conditions by failure to return to the custody of the U.S. Marshals Service upon successful or unsuccessful completion of treatment at ABHS on October 30, 2023.

On September 14, 2023, Mr. Ranes was released from custody on furlough to attend inpatient substance abuse treatment at ABHS.

On October 23, 2023, this officer spoke to Mr. Ranes and verified he was scheduled to complete inpatient treatment on October 30, 2023. This officer explained to Mr. Ranes he is required to return to the custody of the U.S. Marshals Service upon successful or unsuccessful completion of inpatient treatment. Mr. Ranes agreed to return to U.S. Marshals Service custody after being released from inpatient treatment on October 30, 2023.

On October 30, 2023, this officer received a telephone call from Mr. Ranes' substance abuse counselor at ABHS stating Mr. Ranes aborted from treatment early that same morning and his whereabouts is unknown.

On October 31, 2023, this officer reviewed the Spokane County Jail roster and Mr. Ranes is not in custody.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: October 31, 2023 |
| by | s/Kyle Mowatt |
|  | Kyle Mowatt<br>U.S. Pretrial Services Officer |

PS-8

**Re: Ranes, Mitchell James**
**October 31, 2023**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

11/1/2023
_____
Date