PROB 12C
(6/16)

Report Date:  March 29, 2024

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2024

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mitchell James Ranes          Case Number: 0980 1:22CR02100-SAB-1

Address of Offender: ████████████ Zillah WA 98953

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 23, 2024

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 15 months TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Todd Swenson | Date Supervision Commenced: | March 25, 2024 |
| Defense Attorney: | Robin Emmans | Date Supervision Expires: | March 24, 2027 |

---

### PETITIONING THE COURT

To issue a warrant.

On March 22, 2024, supervised release conditions were reviewed and signed by Mr. Ranes acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame. |

**Supporting Evidence**:  Mr. Ranes is alleged to have violated his supervised release conditions by failing to report to the probation office on or before March 28, 2024.

On March 22, 2024, a United States probation officer (USPO) met with Mr. Ranes at the Benton County Jail (BCJ).  At that time, Mr. Ranes was set to be released on March 25, 2024.  The USPO reviewed Mr. Ranes' judgement and conditions, and he signed acknowledging receipt.  The USPO directed Mr. Ranes to report to this officer at the Yakima probation office upon release from BCJ.  Mr. Ranes acknowledged he understood, and informed the USPO that he would be residing with his girlfriend and her parents in Zillah, Washington.

Prob12C
**Re: Ranes, Mitchell James**
**March 29, 2024**
**Page 2**

Mr. Ranes failed to report to the probation office on or before March 28, 2024. This officer verified via the  BCJ inmate roster and confirmed that Mr. Ranes had indeed released on March 25, 2024. Mr. Ranes failed to report to the probation office within 72 hours of release from BCJ. On March 29, 2024, this officer contacted Mr. Ranes' girlfriend's mother at the Zillah, Washington, address. Mr. Ranes' girlfriend's mother stated she had not seen Mr. Ranes since March 25, 2024 and did not know of his current whereabouts.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 29, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

4/1/2024

Date